371 A.2d 855

Commonwealth v. Glasshofer, Appellant.

568

Submitted September 13, 1976. Lee Mandell and Sheldon Glasshofer, in propria persona for appellant; Steven H. Goldblatt, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.